UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL MORIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-4719** |
| **STATE OF LOUISIANA**<br>**SEX OFFENDER REGISTRATION** | **SECTION: "F"(1)** |

# <u>O R D E R</u>

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's federal habeas corpus claims are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**IT IS FURTHER ORDERED** that petitioner's claims for declaratory and prospective injunctive relief are **SEVERED** into a new and separate federal civil rights action brought pursuant to 42 U.S.C. § 1983.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to assign a new civil case number to the severed 42 U.S.C. § 1983 claims, allot that new civil case to the same United States District Judge and United States Magistrate Judge as the instant case, and docket a copy of petitioner's initial pleading (Rec. Doc. 8) and a copy of this Order in that newly-created civil action.

**IT IS FURTHER ORDERED** that petitioner pay the $400 filing fee or submit an application to proceed *in forma pauperis* in that new civil case within thirty days of the entry of this order.

New Orleans, Louisiana, this  12th  day of  September, 2018.

_____
**MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE**